UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-3167

_____

UNITED STATES OF AMERICA,
Appellee,

      v.

SEAN MICHAEL MCHUGH,
Appellant.

## APPELLANT'S MOTION TO WITHDRAW AS COUNSEL

COMES NOW Assistant Federal Public Defender J.K. Theodosia Johnson, by and on behalf of the Federal Public Defender Organization for the District of New Mexico, and moves this Court for leave to withdraw as counsel for Appellant Sean McHugh and appoint counsel to assist Mr. McHugh further in this appeal. In support of this motion, counsel states:

1) An irreconcilable conflict between Mr. McHugh and undersigned, has developed that prevents the Federal Public Defender of New Mexico, and undersigned counsel, from continuing to represent

him.

2) On October 28, 2024, Mr. McHugh filed a letter requesting new counsel.

3) The Opening Brief is currently due January 24, 2025.

WHEREFORE, counsel respectfully requests leave of this Court to withdraw as counsel for Mr. McHugh, to be relieved of any further responsibility for representation in this matter, for the Court to appoint new appellate counsel for Mr. McHugh, and for such other and further relief as the Court deems proper.

Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        111 Lomas NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489
        theodosia_johnson@fd.org

        *s/J.K. Theodosia Johnson*
        Attorney for Appellant

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that the foregoing motion contains 164 words in Century Schoolbook 14 pt. font and does not exceed the word limit of Fed. R. App. P. 27(d)(2).

*/s/ J.K. Theodosia Johnson*
J.K. Theodosia Johnson
